**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
James P. Martinez (SBN 308806)
jpm@calattorneys.com
10866 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiffs,
**SUNIL PATEL and JATIXA GANDHI**

**CLARK HILL LLP**
Brian M. Hom (SBN 240055)
bhom@clarkhill.com
Georges A. Haddad (SBN 241785)
ghaddad@clarkhill.com
C. Brian Wagner (SBN 302516)
bwagner@clarkhill.com
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8500
Facsimile:    (415) 984-8599
**BMW OF NORTH AMERICA, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNIL PATEL, an individual, and JATIXA GANDHI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  5:23−cv−02296−SSS−SHK<br>Dist. Judge: Hon. Sunshine Suzanne Sykes<br>Mag. Judge: Hon. Shashi H. Kewalramani<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Filed: November 7, 2023<br>Trial:  February 24, 2025 |

Plaintiffs Sunil Patel and Jatixa Gandhi ("Plaintiffs") and defendant BMW of North America, LLC ("Defendant") (collectively "Parties") respectfully submit the following Joint Request for Dismissal.

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties.

| | |
|---|---|
| Dated: January 13, 2025 | **CALIFORNIA CONSUMER ATTORNEYS, P.C.** |
| | /s/ *James P. Martinez*<br>Michael H. Rosenstein<br>Sepehr Daghighian<br>James P. Martinez<br>Attorneys for Plaintiffs,<br>**SUNIL PATEL and JATIXA GANDHI** |
| Dated:  January 13, 2025 | **CLARK HILL LLP** |
| | /s/ *Brian M. Hom*<br>Brian M. Hom<br>Georges A. Haddad<br>C. Brian Wagner<br>Attorneys for Defendant,<br>**BMW OF NORTH AMERICA, LLC** |